**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :   No. 126 WAL 2018

          Respondent          :

                     :   Petition for Allowance of Appeal

                     :   from the Order of the Superior Court

          v.             :

MICHAEL PAUL FOUST,         :

          Petitioner          :


**ORDER**


**PER CURIAM**

     **AND NOW**, this 25th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.